■ In the Matter of SHAWNA L., Appellant, v WILLIAM B., Respondent. [782 NYS2d 913]—Order, Family Court, New York County (Ivy Cook, J.), entered June 9, 2003, unanimously affirmed, without costs or disbursements.

Application by appellant's assigned counsel to withdraw is

granted (*see Matter of Louise Wise Servs.*, 131 AD2d 306 [1987]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Tom, J.P., Sullivan, Williams, Lerner and Sweeny, JJ.